UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LUTHER WOODS,

    Plaintiff,

v.                                                           CASE NO. 6:07-cv-866-Orl-31DAB

UNITED STATES OF AMERICA,

    Defendant.

## **ORDER**

This case is before the Court on Plaintiff's Motion Pursuant to 28 U.S.C. §§ 1331, 2201, and 2202 (Doc. No. 1, filed May 22, 2007).

## **I.    Procedural History**

Plaintiff was charged in criminal case number 6:94-cr-166-Orl-19KRS[1] by indictment with one count of conspiracy to commit armed bank robbery (count one), four counts of armed bank robbery (counts two, three, four, and five), and one count of use of a firearm during and in relation to a crime of violence (count seven) (Criminal Case Doc. No. 39, filed December 1, 1994). He entered guilty pleas to all six counts and was sentenced to a 121-month term of imprisonment as to counts one through five, and a consecutive 60-month term of imprisonment as to count seven (Criminal Case Doc. No. 127, filed May 23, 1995). Plaintiff did not file a direct appeal.

---

[1] Criminal case 6:96-cr-166-Orl-19KRS will be referred to as "Criminal Case."

Plaintiff unsuccessfully filed various post-conviction motions, including a § 2255 motion which was found to be untimely and meritless. *See* Criminal Case Doc. No. 220, filed June 9, 2005. He appealed the denial of his § 2255 motion, and the Eleventh Circuit Court of Appeals denied his request for a certificate of appealability. *See* Case Number 6:03-cv-1730-Orl-19, Doc. No. 35, filed September 22, 2005.

## II.     Plaintiff's Current Motion

In this action, Plaintiff challenges "the constitutionality of one of the provisions of the Federal Bank Robbery Act. Specifically, plaintiff challenges section (d) as violative of the Fifth Amendment." (Doc. No. 1 at 2.) He seeks an injunction "enjoining the enforcement of section (d), of Title 18 U.S.C. § 2113. And a declaration that this section, which has not been construed in any reported judicial decision, is unconstitutional as-applied." *Id.*

Plaintiff has unsuccessfully raised this same basic challenge a variety of times in relation to his convictions. *See* Criminal Case Doc. Nos. 223-26 & civil case number 6:06-cv-1556-Orl-31DAB, Doc. Nos. 1 & 3. Plaintiff has failed to set forth any basis for this Court's jurisdiction over this matter. None of the provisions cited by Plaintiff afford this Court the authority to release him from custody or to invalidate his convictions.

Accordingly, it is **ORDERED**:

1.     This case is hereby **DISMISSED**.

2.     The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida this 2nd day of July, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
sa 7/2
Luther Woods
Counsel of Record